■ EDNA FERRERI v. AMOS FERRERI.— Motion for stay denied. Concur —
Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of SHAKESPEARE WORKSHOP, against ROBERT MOSES, as
Commissioner of Parks of the City of New York.— Motion granted insofar
as to permit the appeal to be heard on the original record, without printing
the same, and upon typewritten appellant's and respondent's points. Upon
filing a notice of argument and note of issue by the petitioner, the clerk
is directed to add this appeal to the foot of the Enumerated Calendar
for argument on June 10, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank,
McNally and Stevens, JJ.

■ LONNY H. BLUMENSTEIN-JACOBSOHN, Appellant, v. LUDWIG WOLF
et al., Respondents.— Order unanimously affirmed on the law and in the
exercise of discretion, without costs to either party. On the argument of this
appeal counsel for the respondent frankly stated his view that all matters
relevant to the issue of the validity of the release, which occurred subsequent
to the death of Joseph Blumenstein would properly be admissible on a
separate trial of the affirmative defense of release. In our view, particularly
in light of the statement made, all matters having to do with the relationship
of the parties, the nature thereof — whether or not fiduciary — the amount
of the settlement, whether there was in fact overreaching, and details similarly
relevant may properly be explored upon the separate trial. Concur — Botein,
P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between COMPAGNIE EUROPEENE DE
PARTICIPATIONS INDUSTRIELLES (C. E. P. I.), et al., Respondents, and ALBERT
FLEGENHEIMER, Appellant.— Order of September 4, 1958 unanimously affirmed,
with $10 costs and disbursements to the petitioners-respondents. No opinion.
Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between COMPAGNIE EUROPEENE DE
PARTICIPATIONS INDUSTRIELLES (C. E. P. I.), et al., Respondents, and ALBERT
FLEGENHEIMER, Appellant.— Order of January 17, 1958 unanimously affirmed,
with $10 costs and disbursements to the petitioners-respondents. No opinion.
Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between FRIEDSTRASS COMPANY, INC.,
Appellant, and DAVID LIVINGSTON, as President of District 65, Retail, Whole-
sale and Department Store Union, AFL–CIO, Respondent.— Order unanimously
affirmed, with $20 costs and disbursements to the respondent. No opinion.
Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ. [16 Misc
2d 121.]

■ In the Matter of the Arbitration between JOHN J. KELLY, as President
of Local 584 of the International Brotherhood of Teamsters, Chauffeurs,
Warehousemen and Helpers of America, AFL., Respondent, and BABYLON
MILK & CREAM CO., INC., Appellant.— Order of February 17, 1959, unani-
mously affirmed, with $50 costs and disbursements to the respondent. No
opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of the Arbitration between JOHN J. KELLY, as President
of Local 584 of the International Brotherhood of Teamsters, Chauffeurs,
Warehousemen and Helpers of America, AFL., Respondent, and BABYLON
MILK & CREAM CO., INC., Appellant.— Order of April 8, 1959, unanimously
affirmed, with $20 costs and disbursements to the respondent. No opinion.
Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ JOHN A. STEPHEN. Formerly Known as HANS AUGSTEIN et al..
Plaintiffs, and EDWIN B. WOLCHOK, Appellant, v. ZIVNOSTENSKA BANKA,